Electronically Filed: March 13, 2013

**LIONEL SAWYER & COLLINS**
Rodney M. Jean, NBN 1395
*rjean@lionelsawyer.com*
Maximiliano D. Couvillier III, NBN 7661
*mcouvillier@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 S. 4th St., Ste. 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Whitney Bank*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CARRERE, MARCIA,<br><br>Debtor. | Case No.: 13-11728-BAM<br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

    Rodney M. Jean, Maximiliano D. Couvillier III and Ryan A. Andersen, of the law firm Lionel Sawyer & Collins, attorneys for WHITNEY BANK, hereby enter their appearance on the record in the above-captioned bankruptcy case, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and further request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings.

//

//

//

//

//

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1    All notices and copies in response to the foregoing and, pursuant to Federal Rule of
2    Bankruptcy Procedure 2002 and Local Rule 2002, all notices required to be mailed to
3    WHITNEY BANK by the Debtor or any other interested party should be directed to:

> Rodney M. Jean, Esq.
> Maximiliano D. Couvillier III, Esq.
> Ryan A. Andersen, Esq.
> LIONEL SAWYER & COLLINS
> 300 S. 4th St., Ste. 1700
> Las Vegas, Nevada 89101
> 702-383-8888 telephone
> 702-383-8845 facsimile
> *rjean@lionelsawyer.com*
> *mcouvillier@lionelsawyer.com*
> *randersen@lionelsawyer.com*

Dated this 13th day of March, 2013.

> Respectfully submitted by:
>
> **LIONEL SAWYER & COLLINS**
>
> By:   /s/ Ryan A. Andersen
> Rodney M. Jean, NBN 1395
> Maximiliano D. Couvillier III, NBN 7661
> Ryan A. Andersen, NBN 12321
> 300 S. 4th St., Ste. 1700
> Las Vegas NV, 89101
>
> *Attorneys for Whitney Bank*

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2