Victoria L. Nelson, Chapter 7 Trustee
E-mail: nelsontrustee@nevadafirm.com
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
*Chapter 7 Trustee*

*Electronically Filed On*
*March 25, 2013*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

MARCIA CARRERE,

Debtor.

Case No. BK-S-13-11728-BAM
Chapter 7

**NOTICE OF NO OBJECTION TO MOTION FOR JUDICIAL DETERMINATION THAT (I) CERTAIN REAL PROPERTY IS NOT PROPERTY OF THE ESTATE AND (II) THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 IS INAPPLICABLE TO SUCH REAL PROPERTY**

Date of Hearing:    April 23, 2013
Time of Hearing:    2:30 p.m. (PT)
Place: Courtroom No. 3, Third Floor
              Foley Federal Building
              300 Las Vegas Blvd., S.
              Las Vegas, NV 89101

Judge: Hon. Bruce A. Markell

Victoria L. Nelson, Chapter 7 Trustee appointed in the above-referenced bankruptcy matter (the "Trustee"), files this Notice of No Objection to *Motion for Judicial Determination that (I) Certain Real Property is Not Property of the Estate and (II) the Automatic Stay Under 11 U.S.C. § 362 is Inapplicable to Such Real Property* (the "Motion") [Dkt. No. 17] filed by secured creditor, Whitney Bank, on March 22, 2013.

. . .

. . .

. . .

. . .

03909-04/1048294.doc

The Trustee has reviewed the documents filed in support of the Motion as well as requested and reviewed various other documents provided by counsel for secured creditor, Whitney Bank, and has determined that she has no objection to the relief sought in the Motion.

Dated this 25th day of March, 2013.

**CHAPTER 7 TRUSTEE**

/s/ *Victoria L. Nelson*
Victoria L. Nelson, Chapter 7 Trustee
E-mail: nelsontrustee@nevadafirm.com
400 S. Fourth Street, 3rd Floor
Las Vegas, NV   89101
Telephone:702/791-0308
Facsimile: 702/791-1912
*Chapter 7 Trustee*

03909-04/1048294.doc