Victoria L. Nelson, Chapter 7 Trustee
Email: nelsontrustee@nevadafirm.com
400 South Fourth Street, Third Floor                  *Electronically Filed on: March 26, 2013*
Las Vegas, Nevada 89101
Telephone:      702/791-0308
Facsimile:      702/791-1912

*Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARCIA CARRERE,<br><br>                    Debtor. | Case No. BK-S-13-11728-BAM<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:        April 23, 2013<br>Time of Hearing:   2:30 p.m.<br><br>Judge:  Hon. Bruce A. Marell |

1.      On March 25, 2013, I served the following document(s) (*specify*):

*Notice of Non-Objection to Motion for Judicial Determination that (I) Certain Real Property is not Property of the Estate and (II) the Automatic Stay Under 11 U.S.C. Section 362 is Inapplicable to such Real Property [Dkt. No. 20]*

2.      I served the above-named document(s) by the following means to the persons as listed below:
        (*Check all that apply*)

☒      a.      **ECF System** *(You must attach the "Notice of Electronic Filing", or list persons and addresses and attach additional paper if necessary)*

Ryan Andersen on behalf of Creditor Whitney Bank
randersen@lionelsawyer.com; bklsclv@lionelsawyer.com; kwallace@lionelsawyer.com

U.S. Trustee – LV – 7
USTPRegion17.lv.wcf@usdoj.gov

☒      b.  **United States mail, postage full prepaid**

Marcia Carrere
P.O. Box 72938
Las Vegas, NV  89170

03909-04/1048814

Larry J. Carrere
P.O. Box 5651
Slidell, LA 70469

Larry J. Carrere
106 LaFleur Drive
Slidell, LA 70469

See attached Mailing Matrix.

☐    **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*
I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d. By direct e mail (as opposed to through the ECF System)**
        **(List persons and email addresses. Attach additional paper if necessary)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

. . .

. . .

. . .

. . .

. . .

. . .

- 2 -

☐     f. **By messenger**  *(List persons and addresses.  Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.  *(A declaration by the messenger must be attached to this Certificate of Service).*

## I declare under penalty of perjury that the foregoing is true and correct.

Signed on *(date)*:  **March 26, 2013**

Ginger Bagley _____          /s/    *Ginger Bagley* _____
(NAME OF DECLARANT)                              (SIGNATURE OF DECLARANT)

- 3 -

03909-04/1048814

Label Matrix for local noticing
0978-2
Case 13-11728-bam
District of Nevada
Las Vegas
Tue Mar 26 08:53:30 PDT 2013

FIRST NATIONAL BANK USA
NEWMAN,MATHIS,BRADY & SPEDALE
C/O MARK C. LANDRY
212 VETERANS BLVD.
METAIRIE, LA 70005-3047

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833


ACS
PO Box 371834
Pittsburg, PA 15250-7834

AM - AARGON AGENCY
8668 Spring Mountain Rd.
Las Vegas, NV 89117-4113

ASSOCIATED RECOVERY SYSTEMS,
A DIVISION OF ARS NATIONAL SERVICES, INC
P.O. BOX 469046
ESCONDIDO, CA 92046-9046


AllianceOne Receivables Management
4850 Street Rd. Ste. 300
Trevose, PA 19053-6643

American Express
PO Box 26312
Lehigh Valley, PA 18002-6312

American Home Mortgage Servicing (AHMSI)
P.O. Box 631730
Irving, TX 75063-0002


American Medical Collection Agency AMCA
PO Box 1235
Elmsford, NY 10523-0935

Asset Acceptance, LLC
PO Box 2036
Warren, MI 48090-2036

Borrego Bank
7777 Alvarado Rd. Ste. 501
La Mesa, CA 91942-8281


CAPITAL MANAGEMENT SVCES I
2201 Niagara St
PO Box 319
Buffalo, NY 14207-0319

CAPITAL ONE BANK USA
PO BOX 30273
SALT LAKE CITY, UT 84130-0273

CAPITAL ONE, N.A.
201 Saint Charles Ave 26th Fl
New Orleans, LA 70170-1000


CAPITAL ONE, N.A.
201 Saint Charles Ave 26th Fl
New Orleans, LA 701701000

CENTRAL FINANCIAL CONTROL
PO BOX 66044
ANAHEIM, CA 92816-6044

CIC CREDIT
2206 21ST AVE S STE 303
NASHVILLE TN 37212-4922


CNA Surety
333 Wabash Ave., 41st Floor
Chicago, IL 60604-4107

CREDITORS FNC
POB 440290
Aurora, CA 80044-1500

Capital Management Services
726 Exchange St, Ste 700
Buffalo, NY 14210-1464


Capital One Bank
7933 Preston Rd
Plano TX 75024-2359

Check City Partnership, LLC d/b/a Check City
8520 W. Warm Springs, Ste 100
Las Vegas, NV 89113-3621

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550


Dean Morris, LLP
1505 North 19th St.
Monroe, LA 71201-4941

ECMC
ACS Affiliated Comp Sery
2277 East 220th St.
Long Beach, CA 90810-1639

EQUABLE ASCENT FINANCIAL
1120 W LAKE COOK R, STE B
BUFFALO GROVE, IL 60089-1970


EdFund
PO Box 60558
Los Angeles, CA 90060-0558

FIRSTSOURCE ADV
POB 628
Buffalo, NY 14240-0628

FRIEDMAN RICHAR
26000 Cannon Rd
Cleveland, OH 44146-1807

Federal Emergency Management Agency
National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-8055

First National Bank USA
POB 508,
Boutte, LA 70039-0508

GE Money Bank
POB 981127
El Paso, TX 79998-1127

GECRB/CARE CREDIT
P O BOX 965036
ORLANDO, FL 32896-0001

HOMEWARD RESIDENTIAL
POB 631730
Irving, TX 75063-0002

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029

MIDLAND FUNDING LLC do MIDLAND CREDIT MGMT I
8875 Aero Dr, Ste 200
San Diego, CA 92123-2255

NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROA
HORSHAM, PA 19044-2368

NCO Financial
POB 1556
Wilmington, Delaware 19850-5456

NEWCORP, INC.
2900 St. Bernard Rd. Ave.
New Orleans, LA 70119-2122

Nationwide Credit, Inc.
1150 E. University Dr, First Floor
Tempe, AZ 85281-8674

Newman, Mathis, Brady & Spedale
Attn: Joseph E. Fick, Jr.
212 Vetrans Blvd.
Metairie, LA 70005-3047

Option One Mortgage
4600 Touchton Rd. East, Bldg. 200, #
Jacksonville, FL 32246-8299

PLUSFOUR, INC,
6345 S. Pecos Rd. Suite 212
Las Vegas, NV 89120- 6224

QC Services Limited Partnership
Collection Agency Division
6330 Guifton
Houston, TX 77081

REAL TIME RESOLUTIONS IN
1750 Regal Row, Suite 120
Dallas, TX, 75235- 2287

ROBINSON, REAGAN & YOUNG
260 Cumberland Bnd,
Nashville, TN 37228-1804

SYNDICATED OFFICE SYSTEMS
PO Box 660873
Dallas, TX 75266-0873

Small Business Administration
200 West Santa Ana Blvd. #180
Santa Ana, CA 92701-4134

Total Credit Recovery (TCR)
3025 W. Sahara Ave.,
Las Vegas, NV 89102-6094

U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101-5803

United Recovery Systems (URS)
5800 North Course Drive
Houston, Texas 77072-1613

WHITNEY BANK / DOVENMUEHLE
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

WHITNEY BANK OF NEW ORLEANS
228 Saint Charles Ave, Rm 720
New Orleans, LA 701302601

Wells Fargo EFS
Education Financial services
PO Box 5185
Sioux Falls, SD 57117-5185

Weststar Credit Union
PO BOX 94138
Las Vegas, NV 89193-4138

Whitney & Richardson
1438 River Road
St. Rose, LA 70087

MARCIA CARRERE
PO BOX 72938
LAS VEGAS, NV 89170-2938

VICTORIA NELSON
P.O. BOX 1778
LAS VEGAS, NV 89125-1778

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DIRECTV
2230 E Imperial Hwy
Mail Station LA1/N367
El Segundo, CA 902453504

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)WHITNEY BANK | (u)WELLS FARGO EDUCATION FINA | End of Label Matrix | |
| | 501 Bleecker St | Mailable recipients | 58 |
| | Utica, NY-135012401 | Bypassed recipients | 2 |
| | | Total | 60 |