VICTORIA L. NESLON, ESQ
Chapter 7 Bankruptcy Trustee
400 South 4th Street
3rd Floor
Las Vegas, Nevada 89101
Telephone (702) 791-0308

E-filed: 3/27/2013

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

Carrere, Marcia

          Debtor(s).

Case No. 13-11728/mab

### WITHDRAWAL OF TRUSTEE'S Statement Adjourning Meeting of 341(a) Meeting of Creditors

**COMES NOW TRUSTEE VICTORIA L. NELSON**, and WITHDRAWLS her Statement of Adjourning Meeting of Creditors docket #26

     filed on 3/27/2013.

**Dated: March 27, 2013**

/s/Victoria L. Nelson
VICTORIA L. NESLON, ESQ.
Chapter 7 Trustee

1