_____
Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
May 13, 2013

**LIONEL SAWYER & COLLINS**
Rodney M. Jean, NBN 1395
*rjean@lionelsawyer.com*
Maximiliano D. Couvillier III, NBN 7661
*mcouvillier@lionelsawyer.com*
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845

*Attorneys for Whitney Bank*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 13-11728-BAM |
| --- | --- |
| MARCIA CARRERE, | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** |

On May 10, 2013, Whitney Bank filed a *Stipulation for Limited Relief from the Automatic Stay* (the "**Stipulation**"), to which Whitney Bank, Marcia Carrere (the "**Debtor**"), and Victoria L. Nelson, Chapter 7 Bankruptcy Trustee, are parties. Pursuant to the Stipulation, the parties have agreed to limited relief from the automatic stay, as detailed in the Stipulation.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

1  The Court has considered the Stipulation and finds that the relief requested therein is
2  appropriate under the circumstances.

3  **NOW THEREFORE**, good cause appearing:

4  **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**;

5  **IT IS FURTHER ORDERED** that Whitney Bank is hereby granted relief from the
6  automatic stay applicable in the above-captioned bankruptcy case to the extent necessary to
7  allow Whitney Bank to proceed with any and all judgment debtor examinations of the Debtor's
8  non-debtor spouse, Larry J. Carrere, including the ability to ask questions of and seek
9  information from the non-debtor spouse concerning community property interests;

10  **IT IS FURTHER ORDERED** that Whitney Bank is hereby granted relief from the
11  automatic stay applicable in the above-captioned bankruptcy case to the extent necessary to
12  allow Whitney Bank to serve certain required notices on the Debtor regarding the potential
13  sheriff's sale of certain real property;

14  **IT IS FURTHER ORDERED** that the requirements contained within Rule 4001(a)(2)
15  of the Federal Rules of Bankruptcy Procedure are waived and the relief granted by this Order is
16  effective immediately upon entry; and

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

**IT IS FURTHER ORDERED** that the Court shall retain exclusive jurisdiction over the subject matter of this Stipulation in order to resolve any dispute in connection with the rights and duties specified herein.

Respectfully submitted by:

LIONEL SAWYER & COLLINS

/s/ Ryan A. Andersen
Rodney M. Jean, NBN 1395
Maximiliano D. Couvillier III, NBN 7661
Ryan A. Andersen, NBN 12321
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

*Attorneys for Whitney Bank*

Approved by:

/s/ David A. Riggi
David A. Riggi, NBN 4727
5550 Painted Mirage Road, Suite 120
Las Vegas, Nevada 89149

*Attorney for Marcia Carrere*

/s/ Victoria L. Nelson
Victoria L. Nelson, NBN 5436
400 South Fourth Street, 3rd Floor
Las Vegas, Nevada 89101

*Chapter 7 Bankruptcy Trustee*

# # #

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

3