J. MICHAL BLOOM, Trial Attorney
State Bar No.: NV 4706
j.michal.bloom@usdoj.gov
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 229
Facsimile:  (702) 388-6658

**Attorneys for the Acting United States Trustee**
	**AUGUST B. LANDIS**

E-Filed on May 30, 2013

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

**MARCIA CARRERE**

Debtor.

CASE NO: BK-S-13-11728 bam

Chapter 7

## STIPULATION TO EXTEND DEADLINES

The Acting United States Trustee and Marcia Carrere stipulate and agree as follows:

1. Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code March 6, 2013.

2. As the result of a review of this case, the Acting United States Trustee asserts that there may be grounds to pursue a denial of the discharge pursuant to 11 U.S.C. § 727, or dismissal of the case as an abuse pursuant to 11 U.S.C. § 707(b) ("Possible Actions").

3. The current deadline for filing the Possible Actions is June 4, 2013.

/ / /

/ / /

/ / /

4. The Section 341 Meeting of Creditors has been continued twice due to Debtor's failure to timely file Schedules and Statements. Debtors and the Acting United States Trustee have agreed to extend the date of discharge in this case for all parties in interest for approximately ninety (90) days.

5. Accordingly, Debtors and the Acting United States Trustee request that the Court enter an order extending the discharge date in this case to September 4, 2013.

6. In the event that the order approving this Stipulation is entered after the entry of the discharge, Debtor and the Acting United States Trustee request that the discharge be vacated and not automatically re-entered until September 4, 2013.

Dated: May 9, 2013

Submitted by:

By: /s/ J. Michal Bloom
   J. Michal Bloom, Esq.
   United States Department of Justice
   Attorney for the Acting United States Trustee

Approved by:

By: _____
   David Riggi, Esq.

Attorney for debtor, **Marcia Carrere**