David A. Riggi, Esq.
Bar No. 4727
5550 Painted Mirage Road, Suite 120
Las Vegas, Nevada 89149
Phone:  (702) 463-7777
Fax:  (888) 306-7157
Email:  riggilaw@gmail.com
***Attorney for the Debtor***

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| In re: | ) Case No. 13-11728-BAM |
| | ) |
| | ) Chapter 7 |
| MARCIA CARRERE, | ) |
| | ) DATE:  N/A |
| Debtor. | ) TIME:  N/A |
| | ) |

## AMENDMENT COVER SHEET

Attached are amended versions of the following schedules and statements:

    Summary of Schedules and Statements
    Schedule A
    Schedule B
    Schedules D, E and F
    Schedule H
    Schedule I
    Declaration re schedules
    Statement of Intentions

DATED this 30th day of May, 2013.

                                        */s/ David A. Riggi*
                                        David A. Riggi
                                        Bar No. 4727
                                        5550 Painted Mirage Road, Suite 120
                                        Las Vegas, Nevada 89149
                                        Phone:  (702) 463-7777
                                        ***Attorney for the Debtor***

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Marcia Carrere**                                                                    ,    Case No.    __13-11728__
                                                        Debtor

                                                                                Chapter    __7__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 235,000.00 | | |
| B - Personal Property | Yes | 3 | 42,823.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 534,994.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,550.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 418,337.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,261.62 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,408.77 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 277,823.00 | | |
| Total Liabilities | | | | 957,881.66 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Marcia Carrere**                                             ,                Case No. ___**13-11728**_____

Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,550.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 4,550.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,261.62 |
| Average Expenses (from Schedule J, Line 18) | 7,408.77 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 268,994.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,550.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 418,337.66 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 687,331.66 |

B6A (Official Form 6A) (12/07)

In re    **Marcia Carrere**                                    Case No.    **13-11728**
_____
                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2412 Pressburg, New Orleans, LA** | **Fee simple** | **C** | **35,000.00** | **169,000.00** |
| **106 Lefleur, Slidell, LA** | **Fee simple** | **C** | **200,000.00** | **278,192.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **235,000.00** | (Total of this page) |
| Total > | **235,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Marcia Carrere**                                                    Case No.  **13-11728**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Clark County Credit Union | C | 248.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | C | 1,875.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | C | 1,000.00 |
| 7. Furs and jewelry. | | Jewelry | C | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        3,323.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Marcia Carrere** _____,   Case No. ___**13-11728**___
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **CCSD 403B** | **C** | **6,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Interest in Lamar Construction & Development, LLC** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **6,000.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Marcia Carrere**                                                                    Case No.    **13-11728**
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Ram | C | 6,000.00 |
| | | 2005 Nissan Murano (requires $3,000 in repairs) | C | 2,500.00 |
| | | 2007 Mobile Suite RV | C | 25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 33,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 42,823.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re __Marcia Carrere__ ,    Case No. ___13-11728___
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **business debt** <br><br> **American Home Mortgage Servicing** <br> PO Box 631730 <br> Irving, TX 75063-0002 | C | | 2412 Pressburg, New Orleans, LA <br><br><br> Value $          35,000.00 | | | | 169,000.00 | 134,000.00 |
| Account No. <br><br> **Clark County Credit Union** <br> PO Box 36490 <br> Las Vegas, NV 89133-6490 | C | | 2005 Dodge Ram <br><br><br> Value $          6,000.00 | | | | 6,000.00 | 0.00 |
| Account No. <br><br> **Santander Consumer USA** <br> PO Box 961245 <br> Fort Worth, TX 76161 | C | | 2007 Mobile Suite RV <br><br><br> Value $          25,000.00 | | | | 81,802.00 | 56,802.00 |
| Account No. <br><br> **Whitney National Bank** <br> 400 Labarre Road, 3rd floor <br> Jefferson, LA 70121 | C | | 106 Lefleur, Slidell, LA <br><br><br> Value $          200,000.00 | | | | 278,192.00 | 78,192.00 |

__0__    continuation sheets attached

| | Subtotal (Total of this page) | 534,994.00 | 268,994.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 534,994.00 | 268,994.00 |

B6E (Official Form 6E) (4/10)

In re    **Marcia Carrere**                                                              Case No. _____**13-11728**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Marcia Carrere**                                                      Case No.    **13-11728**
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No.<br><br>**Bureau of Administration Adjudication<br>City Hall - 8E18<br>1300 Perdido St<br>New Orleans, LA 70112** | C | | | | **Business debt** | | | | 1,200.00 | 0.00 | 1,200.00 |
| Account No.<br><br>**City of New Orleans<br>Real Estate Tax, Bureau of the Treasury<br>1300 Perdido St RM 1 W 40<br>New Orleans, LA 70112** | C | | | | **Business debt** | | | | 2,350.00 | 0.00 | 2,350.00 |
| Account No.<br><br>**Internal Revenue Service<br>Box 7346<br>Philadelphia, PA 19101-7346** | C | | | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 4,550.00 | 0.00<br>4,550.00 |
| Total<br>(Report on Summary of Schedules) | 4,550.00 | 0.00<br>4,550.00 |

B6F (Official Form 6F) (12/07)

In re    **Marcia Carrere**                                                                    Case No.    **13-11728**
                                    _____
                                                   Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal - Student Loan | | | | |
| **ACS** **PO Box 371834** **Pittsburgh, PA 15250-7834** | | C | | | | | 11,000.00 |
| Account No. | | | Personal (added to Sched F) | | | | |
| **Advance America** **3142 Pontchartrian** **Slidell, LA 70458** | | C | | | | | 300.00 |
| Account No. | | | Business debt | | | | |
| **American Express** **PO Box 26312** **Lehigh Valley, PA 18002** | X | C | | | | | 2,500.00 |
| Account No. | | | Personal (added to Sched F) | | | | |
| **Approve Cash Advance** **1480 Gause Blvd** **Slidell, LA 70458** | | C | | | | | 300.00 |

|  |  |  |
|---|---|---|
| __8__   continuation sheets attached | Subtotal (Total of this page) | 14,100.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Marcia Carrere__ , Case No. __13-11728__
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt - Southern Food & Caterers | | | | |
| Bank of America Credit Express PO Box 15710 Wilmington, DE 19886-5710 | X | C | | | | | | 3,000.00 |
| Account No. | | | | Business debt | | | | |
| Benfatti Air Conditioning & Refrigeratio PO Box 5148 Slidell, LA 70469-5148 | X | C | | | | | | 7,621.00 |
| Account No. | | | | Business debt | | | | |
| Borrego Bank 7777 Alvarado Rd. Ste 501 La Mesa, CA 91942 | X | C | | | | | | 40,000.00 |
| Account No. | | | | Personal | | | | |
| Capital Management Services I 2201 Niagara St. PO Box 319 Buffalo, NY 14207-0319 | | C | | | | | | Unknown |
| Account No. | | | | Personal - (added to Schedule F) | | | | |
| Capital One Bank 7933 Preston Rd. Plano, TX 75024 | | C | | | | | | 350.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  50,971.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcia Carrere**                                               Case No. ___**13-11728**___
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Capital One Small Business PO Box 30273 Salt Lake City, UT 84130 | X | C | | | | | 50,000.00 |
| Account No. | | | Personal | | | | |
| Check City Partnership, LLC 8520 W. Warm Springs, Ste 100 Las Vegas, NV 89113 | | C | | | | | Unknown |
| Account No. | | | Business debt - Taxes | | | | |
| City of New Orleans Health Dept. Division of Environmental Health 1300 Perdido St Ste 8W03 New Orleans, LA 70112 | | C | | | | | 1,200.00 |
| Account No. | | | Business debt | | | | |
| CNA Surety 333 Wabash Ave., 41st Floor Chicago, IL 60604 | X | C | | | | | 9,000.00 |
| Account No. | | | Business debt | | | | |
| Coface Collections North America, Inc. PO Box 8510 Metairie, LA 70011-8510 | X | C | | | | | 4,364.00 |

Sheet no. __**2**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **64,564.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcia Carrere**                              ,    Case No.     **13-11728**

                            Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal | | | | |
| **Direct TV 2230 E Imperial Hwy Mail Station LA1/N367 El Segundo, CA 90245-3504** | | C | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| **Discover Business PO Box 30423 Salt Lake City, UT 84130-0423** | X | C | | | | | 5,267.00 |
| Account No. | | | Business debt | | | | |
| **Dun & Bradstreet 75 Remittance Dr #1793 Chicago, IL 60675** | X | C | | | | | 600.00 |
| Account No. | | | Personal | | | | |
| **Equable Ascent Financial 1120 W Lake Cook Rd Ste B Buffalo Grove, IL 50089** | | C | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| **Federal Emergency Management Agency National Processing Service Center PO Box 10055 Hyattsville, MD 20782-8055** | | C | | | | | 12,000.00 |

Sheet no. __**3**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **17,867.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcia Carrere**                                                                      Case No.  **13-11728**
_____
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal | | | | |
| **First Mutual Financial**<br>**PO Box 970**<br>**Gates Mills, OH 44040-9700** | C | | | | | | 2,542.00 |
| Account No. | | | Business debt | | | | |
| **First National Bank USA**<br>**PO Box 508**<br>**Boutte, LA 70039** | C | | | | | | 74,000.00 |
| Account No. | | | Personal | | | | |
| **GE Money Bank**<br>**c/o GECRB/Care Credit**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | C | | | | | | 1,200.00 |
| Account No. | | | Personal (added to Sched F) | | | | |
| **GECRB/Care Credit**<br>**PO Box 965036**<br>**Orlando, FL 32896** | C | | | | | | 800.00 |
| Account No. | | | Business debt | | | | |
| **Home Depot/Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | X C | | | | | | 7,533.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)         86,075.00

B6F (Official Form 6F) (12/07) - Cont.

In re __**Marcia Carrere**_____,    Case No. ____**13-11728**_____
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business debt | | | | |
| IDN-ACME, Inc. 1504 Justin Rd Metairie, LA 70001 | X | C | | | | | | 2,716.00 |
| Account No. | | | | Business debt | | | | |
| Interior/Exterior Building Supply 727 South Cortez St New Orleans, LA 70119 | X | C | | | | | | 538.00 |
| Account No. | | | | Business debt | | | | |
| La Farge North America, Inc. PO Box 730488 Dallas, TX 75373-0488 | X | C | | | | | | 4,156.00 |
| Account No. | | | | Personal | | | | |
| Lindy Boggs Hospital/Medical Center 301 N. Jefferson Davis Pkwy New Orleans, LA 70119 | | C | | | | | | 600.00 |
| Account No. | | | | Business debt | | | | |
| Newcorp, Inc. c/o Newman, Mathis, Brady & Spedale 212 Veterans Blvd. Metairie, LA 70005 | X | C | | | | | | 40,000.00 |

Sheet no. __**5**__ of __**8**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**48,010.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marcia Carrere__ , Case No. ___13-11728___
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Payment Outlets Inc. <br> PO Box 2600 <br> Roswell, GA 30077 | C | | Business debt | | | | 1,100.66 |
| Account No. <br><br> Perfect Smile Dental <br> 9895 S. Maryland Parkway, Suite A <br> Las Vegas, NV 89183 | C | | Personal | | | | 2,000.00 |
| Account No. <br><br> QC Services Limited Partnership <br> Collection Agency Division <br> 6330 Gulfton <br> Houston, TX 77081 | C | | Personal | | | | Unknown |
| Account No. 2412 <br><br> Real Time Resolutions <br> 1750 Regal Row, Suite 120 <br> Dallas, TX 75235-2287 | C | | Business debt | | | | Unknown |
| Account No. <br><br> Rivers Building Supply, Inc. <br> PO Box 516 <br> Zwolle, LA 71486 | X C | | Business debt | | | | 1,150.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,250.66

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**                                                    Case No. **13-11728**
_____,
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal | | | | |
| Robinson, Reagan & Young 260 Cumberland Bnd Nashville, TN 37228-1804 | C | | | | | | | Unknown |
| Account No. 2412 | | | | Business debt | | | | |
| Small Business Administration 200 West Santa Ana Blvd. #180 Santa Ana, CA 92701 | C | | | | | | | 60,000.00 |
| Account No. 2424 | X C | | | Business debt | | | | |
| Small Business Administration 200 West Santa Ana Blvd #180 Santa Ana, CA 92701 | | | | | | | | 40,000.00 |
| Account No. | | | | Business debt | | | | |
| Sony Chase Bank USA PO Box 94014 Palatine, IL 60094-4014 | C | | | | | | | 2,500.00 |
| Account No. | | | | Personal | | | | |
| Syndicated Office Systems PO Box 660873 Dallas, TX 75266-0873 | C | | | | | | | Unknown |

Sheet no. **7** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **102,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Marcia Carrere_____,   Case No. ___13-11728_____
                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| **Weststar Credit Union**<br>**PO Box 94138**<br>**Las Vegas, NV 89193-4138** | C | | | | | | **30,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **30,000.00** |
| | Total<br>(Report on Summary of Schedules) | **418,337.66** |

B6H (Official Form 6H) (12/07)

.

In re   **Marcia Carrere**                                                    Case No.   **13-11728**
                                                          ,
                          Debtor

# SCHEDULE H - CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lamar Construction & Development, LLC** | **Small Business Administration**<br>**200 West Santa Ana Blvd #180**<br>**Santa Ana, CA 92701** |
| **Lamar Construction & Development, LLC** | **Borrego Bank**<br>**7777 Alvarado Rd. Ste 501**<br>**La Mesa, CA 91942** |
| **Lamar Construction & Development, LLC** | **Discover Business**<br>**PO Box 30423**<br>**Salt Lake City, UT 84130-0423** |
| **Lamar Construction & Development, LLC** | **CNA Surety**<br>**333 Wabash Ave., 41st Floor**<br>**Chicago, IL 60604** |
| **Lamar Construction & Development, LLC** | **Dun & Bradstreet**<br>**75 Remittance Dr #1793**<br>**Chicago, IL 60675** |
| **Lamar Construction & Development, LLC** | **IDN-ACME, Inc.**<br>**1504 Justin Rd**<br>**Metairie, LA 70001** |
| **Lamar Construction & Development, LLC** | **Rivers Building Supply, Inc.**<br>**PO Box 516**<br>**Zwolle, LA 71486** |
| **Lamar Construction & Development, LLC** | **Interior/Exterior Building Supply**<br>**727 South Cortez St**<br>**New Orleans, LA 70119** |
| **Lamar Construction & Development, LLC** | **Benfatti Air Conditioning & Refrigeratio**<br>**PO Box 5148**<br>**Slidell, LA 70469-5148** |
| **Lamar Construction & Development, LLC** | **La Farge North America, Inc.**<br>**PO Box 730488**<br>**Dallas, TX 75373-0488** |
| **Lamar Construction & Development, LLC** | **Newcorp, Inc.**<br>**c/o Newman, Mathis, Brady & Spedale**<br>**212 Veterans Blvd.**<br>**Metairie, LA 70005** |

**1**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Marcia Carrere**                                                    Case No.    __**13-11728**__
                                                        ,
                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lamar Construction & Development, LLC** | **American Express**<br>**PO Box 26312**<br>**Lehigh Valley, PA 18002** |
| **Lamar Construction & Development, LLC** | **Coface Collections North America, Inc.**<br>**PO Box 8510**<br>**Metairie, LA 70011-8510** |
| **Lamar Construction & Development, LLC** | **Home Depot/Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** |
| **Lamar Construction & Development, LLC** | **Capital One Small Business**<br>**PO Box 30273**<br>**Salt Lake City, UT 84130** |
| **Southern Food and Caterers** | **Bank of America Credit Express**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Marcia Carrere**                                                              Case No.  **13-11728**
                                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Clark County School District** | |
| How long employed | | |
| Address of Employer | **5100 W Sahara Ave**<br>**Las Vegas, NV 89146** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ 7,324.80 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 7,324.80 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a.  Payroll taxes and social security | $ 1,593.76 | $ N/A |
|     b.  Insurance | $ 367.12 | $ N/A |
|     c.  Union dues | $ 40.30 | $ N/A |
|     d.  Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 2,001.18 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 5,323.62 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): **Social Security income of spouse** | $ 938.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 938.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 6,261.62 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 6,261.62 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re  __Marcia Carrere__ _____    Case No.  __13-11728__

                                                  Debtor(s)    Chapter  __7__

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**American Home Mortgage Servicing** | **Describe Property Securing Debt:**<br>**2412 Pressburg, New Orleans, LA** |
|---|---|

Property will be (check one):
- ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __surrendered subject to rights of co-debtor__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Clark County Credit Union** | **Describe Property Securing Debt:**<br>**2005 Dodge Ram** |
|---|---|

Property will be (check one):
- ☐ Surrendered       ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __retain and keep current__   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)

Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer USA** | **Describe Property Securing Debt:**<br>**2007 Mobile Suite RV** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain  __retain__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Whitney National Bank** | **Describe Property Securing Debt:**<br>**106 Lefleur, Slidell, LA** |

Property will be (check one):
   ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ■ Other.  Explain __surrendered subject to rights of co-debtor__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __May 30, 2013__                    Signature   __/s/ Marcia Carrere__
                                                       Marcia Carrere
                                                       Debtor