1 | Name of Attorney  Darryl T. Landwehr
2 | Bar Number  17677
3 | City  New Orleans
4 | State  Louisiana
5 | Phone #  (504) 561-8086
6 | E-mail address  dtlandwehr@aol.com
7 |
8 | UNITED STATES BANKRUPTCY COURT
9 | DISTRICT OF NEVADA

10 | Whitney Bank                                    )   Bankruptcy No. 13-11728-bam
11 |                                                 )
                                                     )   Chapter No. 7
12 |          Plaintiff                              )
                                                     )   VERIFIED PETITION FOR
13 |          vs.                                    )   PERMISSION TO PRACTICE
                                                     )   IN THIS CASE ONLY BY
14 | Marcia Carrere                                  )   ATTORNEY NOT ADMITTED
                                                     )   TO THE BAR OF THIS COURT
15 |                                                 )
                                                     )
16 |          Defendant(s)                           )   EFFECTIVE NOVEMBER 1, 2011
                                                     )   FILING FEE IS $200.00
17 |

18 |          Darryl T. Landwehr                         , Petitioner, respectfully represents to the Court:

19 |

20 |     1.   That Petitioner resides in  New Orleans     ,  Louisiana                .
                                              (City)              (State)
21 |

22 |     2.   That Petitioner is an attorney at law and a member of the law firm of _____
     Landwehr Law Firm
23 |   _____ with offices at
     1010 Common St., Suite 1710
24 |   _____,
     New Orleans            (street address)    70112        (504) 561-8086
25 |   _____.
       (city)                                  (zip code)    (area code + telephone number)

26 |     3.   That Petitioner has been retained personally or as a member of the law firm by
27 |
     Whitney Bank
28 |   _____ to provide legal representation in connection with
            [client(s)]
     the above-entitled case now pending before this Court.

4. That since  October 10, 1986  , Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of  Louisiana 
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| U. S. District Court (Eastern District of Louisiana) | October 16, 1986 |
| U. S. District Court (Middle District of Louisiana) | June 19, 2008 |
| U. S. District Court (Western District of Louisiana) | October, 16, 2000 |
| State of Louisiana | October 10, 1986 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

_____

_____

_____

8. That Petitioner is a member of good standing in the following Bar Associations:
Jefferson Bar Association

_____

_____

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |
| 3 | DATED: 5/7/13 |

_____
Petitioner's Signature

STATE OF Louisiana )
)
COUNTY OF Orleans )

    Darryl T. Landwehr _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this

7th day of May, 2013.

_____
Notary public  Merrill T. Landwehr
(LA. Bar no. 8004)

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### DARRYL T. LANDWEHR ESQ., #17677

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 10th Day of October, 1986 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 9th Day of May, 2013, A.D.

*[signature]*
Clerk of Court
Supreme Court of Louisiana