# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  13–11728–bam

**Chapter 7**

In re: (Name of Debtor)
   MARCIA CARRERE
   aka MARCIA BURKE
   aka MARCIA BURKE CARRERE
   PO BOX 72938
   LAS VEGAS, NV 89170

Social Security No.:
   xxx–xx–6175

## ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by DARRYL T. LANDWEHR is approved.

Dated: 6/28/13

BY THE COURT

*Mary A Schott*

Mary A. Schott
Clerk of the Bankruptcy Court