B6D (Official Form 6D) (12/07)

In re  **Marcia Carrere**,   Case No. **13-11728**
         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **business debt** <br><br> **American Home Mortgage Servicing** <br> **PO Box 631730** <br> **Irving, TX 75063-0002** | | C | 2005 <br><br> 2412 Pressburg, New Orleans, LA <br><br><br> Value $  35,000.00 | | | | 169,000.00 | 134,000.00 |
| Account No. <br><br> **Clark County Credit Union** <br> **PO Box 36490** <br> **Las Vegas, NV 89133-6490** | | C | 2008 <br><br> 2005 Dodge Ram <br><br><br> Value $  6,000.00 | | | | 6,000.00 | 0.00 |
| Account No. <br><br> **Santander Consumer USA** <br> **PO Box 961245** <br> **Fort Worth, TX 76161** | | C | 2007 <br><br> 2007 Mobile Suite RV <br><br><br> Value $  25,000.00 | | | | 81,802.00 | 56,802.00 |
| Account No. <br><br> **Whitney National Bank** <br> **400 Labarre Road, 3rd floor** <br> **Jefferson, LA 70121** | | C | 2005 <br><br> 106 Lefleur, Slidell, LA <br><br><br> Value $  200,000.00 | | | | 278,192.00 | 78,192.00 |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 534,994.00 | 268,994.00 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 534,994.00 | 268,994.00 |

B6E (Official Form 6E) (4/10)

In re    **Marcia Carrere**,     Case No. **13-11728**
                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

       **1**     continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Marcia Carrere**                                              Case No. **13-11728**
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> **Bureau of Administration Adjudication** <br> **City Hall - 8E18** <br> **1300 Perdido St** <br> **New Orleans, LA 70112** | | C | **2010 - 2011** <br> **Business debt** | | | | 1,200.00 | 0.00 | 1,200.00 |
| Account No. <br> **City of New Orleans** <br> **Real Estate Tax, Bureau of the Treasury** <br> **1300 Perdido St RM 1 W 40** <br> **New Orleans, LA 70112** | | C | **2010 - 2011** <br> **Business debt** | | | | 2,350.00 | 0.00 | 2,350.00 |
| Account No. <br> **Internal Revenue Service** <br> **Box 7346** <br> **Philadelphia, PA 19101-7346** | | C | **2010 - 2011** | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    4,550.00    0.00    4,550.00

Total (Report on Summary of Schedules)    4,550.00    0.00    4,550.00

B6F (Official Form 6F) (12/07)

In re  **Marcia Carrere**  ,  Case No.  **13-11728**
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ACS**<br>**PO Box 371834**<br>**Pittsburgh, PA 15250-7834** | | C | **2001**<br>**Personal - Student Loan** | | | | **11,000.00** |
| Account No.<br><br>**Advance America**<br>**3142 Pontchartrian**<br>**Slidell, LA 70458** | | C | **2012**<br>**Personal (added to Sched F)** | | | | **300.00** |
| Account No.<br><br>**American Express**<br>**PO Box 26312**<br>**Lehigh Valley, PA 18002** | X | C | **05/04/2006**<br>**Business debt** | | | | **2,500.00** |
| Account No.<br><br>**Approve Cash Advance**<br>**1480 Gause Blvd**<br>**Slidell, LA 70458** | | C | **2012**<br>**Personal (added to Sched F)** | | | | **300.00** |

__**8**__ continuation sheets attached

Subtotal  
(Total of this page)      **14,100.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcia Carrere**,  Case No. __**13-11728**__
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America Credit Express**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** | X | C | 2007<br>Business debt - Southern Food & Caterers | | | | **3,000.00** |
| Account No.<br>**Benfatti Air Conditioning & Refrigeratio**<br>**PO Box 5148**<br>**Slidell, LA 70469-5148** | X | C | 2008<br>Business debt | | | | **7,621.00** |
| Account No.<br>**Borrego Bank**<br>**7777 Alvarado Rd. Ste 501**<br>**La Mesa, CA 91942** | X | C | October 2007<br>Business debt | | | | **40,000.00** |
| Account No.<br>**Capital Management Services I**<br>**2201 Niagara St.**<br>**PO Box 319**<br>**Buffalo, NY 14207-0319** | | C | Unknown<br>Personal | | | | **Unknown** |
| Account No.<br>**Capital One Bank**<br>**7933 Preston Rd.**<br>**Plano, TX 75024** | | C | 2008<br>Personal - (added to Schedule F) | | | | **350.00** |

Sheet no. __**1**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **50,971.00**

In re **Marcia Carrere**, Case No. **13-11728**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Capital One Small Business**<br>PO Box 30273<br>Salt Lake City, UT 84130 | X | C | 2006 - 2007<br>Business debt | | | | 50,000.00 |
| Account No.<br>**Check City Partnership, LLC**<br>8520 W. Warm Springs, Ste 100<br>Las Vegas, NV 89113 | | C | 2011<br>Personal | | | | Unknown |
| Account No.<br>**City of New Orleans Health Dept.**<br>Division of Environmental Health<br>1300 Perdido St Ste 8W03<br>New Orleans, LA 70112 | | C | 2010 - 2011<br>Business debt - Taxes | | | | 1,200.00 |
| Account No.<br>**CNA Surety**<br>333 Wabash Ave., 41st Floor<br>Chicago, IL 60604 | X | C | 2010 - 2011<br>Business debt | | | | 9,000.00 |
| Account No.<br>**Coface Collections North America, Inc.**<br>PO Box 8510<br>Metairie, LA 70011-8510 | X | C | 200x<br>Business debt | | | | 4,364.00 |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **64,564.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**, Case No. **13-11728**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Direct TV**<br>2230 E Imperial Hwy<br>Mail Station LA1/N367<br>El Segundo, CA 90245-3504 | | C | 2010 - 2011<br>Personal | | | | **Unknown** |
| Account No.<br>**Discover Business**<br>PO Box 30423<br>Salt Lake City, UT 84130-0423 | X | C | September 2007<br>Business debt | | | | **5,267.00** |
| Account No.<br>**Dun & Bradstreet**<br>75 Remittance Dr #1793<br>Chicago, IL 60675 | X | C | 2010 - 2011<br>Business debt | | | | **600.00** |
| Account No.<br>**Equitable Ascent Financial**<br>1120 W Lake Cook Rd Ste B<br>Buffalo Grove, IL 50089 | | C | Unknown<br>Personal | | | | **Unknown** |
| Account No.<br>**Federal Emergency Management Agency**<br>National Processing Service Center<br>PO Box 10055<br>Hyattsville, MD 20782-8055 | | C | 2005<br>Business debt | | | | **12,000.00** |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,867.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**, Case No. **13-11728**
　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**First Mutual Financial**<br>**PO Box 970**<br>**Gates Mills, OH 44040-9700** | | C | 2005<br>Personal | | | | 2,542.00 |
| Account No.<br>**First National Bank USA**<br>**PO Box 508**<br>**Boutte, LA 70039** | | C | 2006<br>Business debt | | | | 74,000.00 |
| Account No.<br>**GE Money Bank**<br>**c/o GECRB/Care Credit**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | | C | 2010 - 2011<br>Personal | | | | 1,200.00 |
| Account No.<br>**GECRB/Care Credit**<br>**PO Box 965036**<br>**Orlando, FL 32896** | | C | 2010 - 2011<br>Personal (added to Sched F) | | | | 800.00 |
| Account No.<br>**Home Depot/Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | X | C | 2008<br>Business debt | | | | 7,533.00 |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　**86,075.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**, Case No. **13-11728**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>IDN-ACME, Inc.<br>1504 Justin Rd<br>Metairie, LA 70001 | X | C | 2008 - 2009<br>Business debt | | | | 2,716.00 |
| Account No.<br>Interior/Exterior Building Supply<br>727 South Cortez St<br>New Orleans, LA 70119 | X | C | 2008<br>Business debt | | | | 538.00 |
| Account No.<br>La Farge North America, Inc.<br>PO Box 730488<br>Dallas, TX 75373-0488 | X | C | 2008<br>Business debt | | | | 4,156.00 |
| Account No.<br>Lindy Boggs Hospital/Medical Center<br>301 N. Jefferson Davis Pkwy<br>New Orleans, LA 70119 | | C | 2007 - 2008<br>Personal | | | | 600.00 |
| Account No.<br>Newcorp, Inc.<br>c/o Newman, Mathis, Brady & Spedale<br>212 Veterans Blvd.<br>Metairie, LA 70005 | X | C | January 2009<br>Business debt | | | | 40,000.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **48,010.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**,
Debtor

Case No. **13-11728**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Payment Outlets Inc.**<br>**PO Box 2600**<br>**Roswell, GA 30077** | | C | **Unknown**<br>**Business debt** | | | | **1,100.66** |
| Account No.<br>**Perfect Smile Dental**<br>**9895 S. Maryland Parkway, Suite A**<br>**Las Vegas, NV 89183** | | C | **Unknown**<br>**Personal** | | | | **2,000.00** |
| Account No.<br>**QC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | | C | **Unknown**<br>**Personal** | | | | **Unknown** |
| Account No. **2412**<br>**Real Time Resolutions**<br>**1750 Regal Row, Suite 120**<br>**Dallas, TX 75235-2287** | | C | **2006**<br>**Business debt** | | | | **Unknown** |
| Account No.<br>**Rivers Building Supply, Inc.**<br>**PO Box 516**<br>**Zwolle, LA 71486** | X | C | **2008**<br>**Business debt** | | | | **1,150.00** |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **4,250.66**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcia Carrere**,                                                      Case No. **13-11728**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Robinson, Reagan & Young** <br> **260 Cumberland Bnd** <br> **Nashville, TN 37228-1804** |  | C | 2008 <br> **Personal** |  |  |  | **Unknown** |
| Account No. **2412** <br> **Small Business Administration** <br> **200 West Santa Ana Blvd. #180** <br> **Santa Ana, CA 92701** |  | C | 2006 <br> **Business debt** |  |  |  | **60,000.00** |
| Account No. **2424** <br> **Small Business Administration** <br> **200 West Santa Ana Blvd #180** <br> **Santa Ana, CA 92701** | X | C | 2006 <br> **Business debt** |  |  |  | **40,000.00** |
| Account No. <br> **Sony Chase Bank USA** <br> **PO Box 94014** <br> **Palatine, IL 60094-4014** |  | C | 2007 <br> **Business debt - revolving account** |  |  |  | **2,500.00** |
| Account No. <br> **Syndicated Office Systems** <br> **PO Box 660873** <br> **Dallas, TX 75266-0873** |  | C | Unknown <br> **Personal** |  |  |  | **Unknown** |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **102,500.00**

In re  **Marcia Carrere**, Case No. **13-11728**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Weststar Credit Union**<br>**PO Box 94138**<br>**Las Vegas, NV 89193-4138** | | C | **2008**<br>**Business debt - revolving account** | | | | 30,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 30,000.00

Total (Report on Summary of Schedules): 418,337.66